# 107520

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

United States District Court
Southern District of Texas

OCT 24 1994

Michael N. Milby, Clerk

| **United States District Court** | District Southern District of Texas |
|---|---|
| Name Robert Joe McSpadden | Prisoner No. 600096 | Case No. 91-CR-887-C |
| Place of Confinement Bill Clements Unit 9601 N.E. 24th Ave. Amarillo, Tx. 79107 | B-94-289 |

Name of Petitioner (include name under which convicted)

ROBERT McSPADDEN

Name of Respondent (authorized person having custody of petitioner)

V.    DANIEL MORALES

The Attorney General of the State of:

TEXAS

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  **197th Judicial District Court, 974 E. Harrison St., Brownsville, Tx. 78520**

2. Date of judgment of conviction  **October 17, 1991**

3. Length of sentence  **LIFE**

4. Nature of offense involved (all counts)  **AGGRAVATED SEXUAL ASSAULT**

5. What was your plea? (Check one)
   - (a) Not guilty  ☒
   - (b) Guilty  ☐
   - (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   - (a) Jury  XX
   - (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☒  No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐  No ☒

(2)

/83

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court    N/A

   (b) Result

   (c) Date of result and citation, if known

   (d) Grounds raised

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

      (1) Name of court

      (2) Result

      (3) Date of result and citation, if known

      (4) Grounds raised

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

      (1) Name of court

      (2) Result

      (3) Date of result and citation, if known

      (4) Grounds raised

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
   Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court    Court of Criminal Appeals, Austin, Tx.

      (2) Nature of proceeding    Writ of Habeas Corpus

      (3) Grounds raised    Violation of Due Process, Ineffective Counsel, Prosecutor Misconduct, No physical Evidence, Double Jeopardy.

(3)

184

AO 241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☒

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.   Yes ☒  No ☐
(2) Second petition, etc.  Yes ☐  No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

185

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __Violation of Due Process__

Supporting FACTS (state *briefly* without citing cases or law) __I was not allowed to attend my Arraignment, I was only given 20 minutes to select a Jury, Rule of Witnesses was in effect but witnesses were briefed all through the trial, Testimony and alleged evidence was introduced and I was denied continuance to obtain rebuttal witness and to rebut evidence, Severance of Charges was in effect, but, I was tried on 3 indicted and 1 unindicted charges and then I was (Cont.)__

B. Ground two: __Ineffective Assistance of Counsel.__

Supporting FACTS (state *briefly* without citing cases or law): __My attorney only spent 2 hours with me prior to trial, He failed to contact all of my witnesses, He failed to do any investigation of the charges prior to trial, He failed to interview all of the States witnesses He was totally inadequate in his preparation for my trial and his advice to me was totally incorrect, He failed to act on my questions and points of error in testimony I pointed out.__

(5)

186

AO 241 (Rev. 5/85)

    C. Ground three: <u>Prosecutor Misconduct</u>

    Supporting FACTS (state *briefly* without citing cases or law): <u>Racial and religious remarks were made during JURY selection and the trial, the Jury was allowed to see me locked up, He asked me to prove that I was ever in the Army, a Paramedic, and a Police officer, knowing I didn't have any identification on me, He produced a surprize witness and alluded to evidence I wasn't allowed to rebut, He made several (COnt)</u>

    D. Ground four

    Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing

(b) At arraignment and plea <u>Robert J. Banks, 218 E. Harrison Ave. Harlingen, Tx. 78550</u>

(6)

*187*

CONTINUATION OF Question 12

A. called to a meeting with the Prosecutor after sentencing, and coerced into signing a paper not to appeal the sentence, or he would try me on the other 2 indictments and the Judge said he would run the sentences consecutive. But, I had already been tried on them in the preceding trial.

B. Also, at the post-trial meeting with the D.A. he gave me no advice, even though he knew I had been tried for them already and let me sign the agreement.

C. inflammatory remarks and called me names during Closing.

188

AO 241 (Rev. 5/85)

(c) At trial  Robert J. Banks, 218 E. Harrison Ave. Harlingen, Tx. 78550

(d) At sentencing  Same as Above

(e) On appeal _____

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐  No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐  No ☒
   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

   (b) Give date and length of the above sentence: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐  No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

October 13 1994
        (date)

*Robert Joe McSpadden*
Signature of Petitioner

(7)

185