UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

ROBERT JOE McSPADDEN     *

vs     *    C.A. NO. B-94-289

DANIEL MORALES     *

## O R D E R

The State is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2254 Motion to Vacate, Set Aside, or Correct Sentence on or before __January 30, 1995__.

DONE at Brownsville, Texas, on __November 22, 1994__.

_____
Fidencio G. Garza, Jr.
United States Magistrate Judge