

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 1995

| | | |
|---|---|---|
| ROBERT JOE MCSPADDEN, | § | |
| Petitioner, | § | |
| V. | § | CIVIL ACTION NO. B-94-289 |
| | § | |
| WAYNE SCOTT, DIRECTOR, | § | |
| INSTITUTIONAL DIVISION, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| Respondent. | § | |

**RESPONDENT SCOTT'S FIRST MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Wayne Scott, Director, Texas Department of Criminal Justice, Institutional Division, Respondent herein, hereinafter referred to as "the Director," by and through the Attorney General of Texas, and files this his first **Motion for Extension of Time With Brief in Support**. In support thereof, the Director would respectfully show the court the following:

**I.**

By order of this court, the Director was to have filed an answer to petitioner's application for a writ of habeas corpus by January 30, 1995. This motion is timely filed.

**II.**

The Director requests an extension of time to file a responsive pleading because, due to current caseload, counsel has not had sufficient time to adequately respond to the issues raised by the petitioner. Counsel filed a brief in the Court of Appeals for the Fifth Circuit on January 10th, answers in other actions on January 13th and 19th, and has two other answers due on January 30th. This request is not for the purposes of delay but to



permit accurate and concise briefing of the issues raised by petitioner's application in order to assist this court in its determination of the issues.

### III.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests an additional thirty days, up to and including March 1, 1995, within which to file his answer.

Respectfully submitted,

DAN MORALES
Attorney General of Texas

JORGE VEGA
First Assistant Attorney General

DREW T. DURHAM
Deputy Attorney General
For Criminal Justice

WILLIAM C. ZAPALAC
Assistant Attorney General
Chief, Habeas Corpus Division

*Meredith Martinez*
MEREDITH MARTINEZ
Assistant Attorney General
State Bar No. 00786088

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 463-2084

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Meredith Martinez, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is incarcerated at the Clements Unit of the Texas Department of Criminal Justice, Institutional Division, and is proceeding pro se in this cause. Respondent will assume that Petitioner will oppose this motion.

*Meredith Martinez*
MEREDITH MARTINEZ
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Meredith Martinez, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Respondent Scott's First Motion for Extension of Time With Brief in Support** has been served by placing same in the United States Mail, postage prepaid, on this the 30th day of January, 1995, addressed to: Robert Joe McSpadden, TDCJ No. 600096, Clements Unit, 9601 N.E. 24th Avenue, Amarillo, Texas 79105.

*Meredith Martinez*
MEREDITH MARTINEZ
Assistant Attorney General

3