UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

FEB 17 1995

MICHAEL N. MILBY, Clerk
By Deputy Clerk Maurice Garza

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

2-13-95

MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROBERT JOE MCSPADDEN, § | |
| Petitioner, § | |
| V. § | CIVIL ACTION NO. B-94-289 |
| § | |
| WAYNE SCOTT, DIRECTOR, § | |
| INSTITUTIONAL DIVISION, § | |
| TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE, § | |
| Respondent. § | |

**ORDER**

Came on this day to be considered **Respondent Scott's First Motion for Extension of Time**, and the Court having considered said motion, is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED and DECREED that Respondent's time for filing an answer or other responsive pleading should be and hereby is extended up to and including the 1st day of March, 1995.

SIGNED on this the 13TH day of February, 1995.

_____
JUDGE PRESIDING

4