

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAR 6 1995

| | |
|---|---|
| ROBERT JOE MCSPADDEN, § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. B-94-289 |
| § | |
| DAN MORALES, § | |
| ATTORNEY GENERAL OF THE § | |
| STATE OF TEXAS, § | |
| Respondent. § | |

**RESPONDENT'S MOTION TO SUBSTITUTE PARTIES
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the Attorney General of Texas, counsel for Wayne Scott, Director, Texas Department of Criminal Justice, Institutional Division (hereinafter the "Director"), and files this motion to substitute the Director for Dan Morales, Attorney General of Texas, with brief in support. In support thereof, the Attorney General would respectfully show the court the following:

**I.**

The petitioner, hereinafter "McSpadden," has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging his state conviction.

**II.**

Rule 2(a) of the Rules Governing Section 2254 Cases provides that "[i]f the applicant is presently in custody pursuant to the state judgment in question, the application shall be in the form of a petition for a writ of habeas corpus in which the state officer having custody of the applicant shall be named as respondent." The Advisory Committee Note (1976 Adoption) following Rule 2 states that the "proper person to be served in the usual case is either the warden of the institution in which the petitioner is incarcerated . . . or the chief officer in charge of state penal institutions." Under Texas law, the Director of

168

the Institutional Division of the Texas Department of Criminal Justice is the state official legally charged with the custody of inmates within the prison system. Tex. Gov't Code Ann. § 494.002 (West Supp. 1995). Thus, the Director is the proper respondent in this action.

### III.

WHEREFORE, PREMISES CONSIDERED, the attorney general moves that Wayne Scott, Director, Institutional Division, Texas Department of Criminal Justice, be substituted as the respondent in place of Dan Morales, the Attorney General of Texas.

Respectfully submitted,

DAN MORALES
Attorney General of Texas

JORGE VEGA
First Assistant Attorney General

DREW T. DURHAM
Deputy Attorney General
  for Criminal Justice

WILLIAM C. ZAPALAC
Assistant Attorney General
Chief, Habeas Corpus Division

_____
MEREDITH MARTINEZ
Assistant Attorney General
State Bar No. 00786088

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2080
(512) 463-2084 (Fax)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Meredith Martinez, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is incarcerated at the Clements Unit of the Texas Department of Criminal Justice, Institutional Division. Respondent will assume that Petitioner will oppose this motion.

*Meredith Martinez*
MEREDITH MARTINEZ
Assistant Attorney General

## NOTICE OF SUBMISSION

TO: Robert Joe McSpadden, Petitioner, you are hereby notified that the undersigned attorney for Respondent will bring the foregoing Motion before the Court as soon as the business of the Court will permit.

*Meredith Martinez*
MEREDITH MARTINEZ
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Meredith Martinez, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Respondent Morales' Motion to Substitute Parties with Brief in Support** has been served by placing same in the United States mail, postage prepaid, on this the 1st day of March, 1995, addressed to: Robert Joe McSpadden, TDCJ No. 600096, Clements Unit, 9601 N.E. 24th Avenue, Amarillo, Texas 79105.

*Meredith Martinez*
MEREDITH MARTINEZ
Assistant Attorney General