IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERT JOE McSPADDEN | § | |
| Petitioner | § | |
| V. | § | CIVIL ACTION No. B-94-289 |
| WAYNE SCOTT, DIRECTOR | § | |
| Respondent | § | |

MAR 16 1995

PETITIONER'S MOTION FOR EXTENSION OF TIME

TO FILE A RESPONSE TO RESPONDENT'S

MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Robert Joe McSpadden, Petitioner in the above captioned action, humbly moves this Honorable Court to grant this his Motion for an extension of thirty (30) days in which to file a response to respondent Wayne Scott's Motion to dismiss the Petition, pursuant to Federal Rules of Civil
Procedure, Rule 6 (b), and for good cause shown in support of this motion, petitioner would show unto the Court as follows:

I

Petitioner received a copy of the Respondent Wayne Scotts Motion to Dismiss on or about March 8,1995 and due to circumstances beyond Petitioners control, therefore, seeks an enlargement of time in which to file a reply to the aforesaid motion. Petitioner has no

161

requested any prior extension of time, in regard to the present motion.

## II

Petitioner's request is based on the facts that the Petitioner is proceeding Pro Se and is confined in the Texas Department of Criminal Justice-Institutional Division, Petitioner is unskilled and unschooled in the science of legal pleading and the prison's law library does not provide legal assistance. And the prison's law library is only required to provide petitioner with ten (10) hours per week library access.

## III

Petitioner fears that his failure to respond to the respondents motion to dismiss will result in the Court's acceptance of the uncontested motion, as true. Petitioner has limited access to legal research material to adequately prepare a motion in opposition to the respondents motion to dismiss.

## IV

The ends of justice would best be served in the foregoing civil matter if this Honorable Court would grant Petitioner a thirty(30) day extension unto April 15. 1995 to file a response to the respondents motion to dismiss.

WHEREFORE PREMISES CONSIDERED, petitioner prays that the Court grant this foregoing motion in all things; and issue an order to extend the deadline for filing a reply to the respondents said motion.

162

Respectfully Submitted

/s/ *Robert Joe McSpadden*

Robert Joe McSpadden-Pro Se

600096

9601 N.E. 24th Ave.

Amarillo, Tx. 79107-9606

CERTIFICATE OF SERVICE

I, hereby certify that on this the 14 day of March, 1995 a true and correct copy of the foregoing Petitioner's Motion For Extension Of Time was mailed to :

Meredith Martinez

Attorney-at-Law

P.O.B. 12548

Austin, Tx. 78711

/s/ *Robert Joe McSpadden*

Robert Joe McSpadden

163