9

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR - 3 1995

Michael N. Milby, Clerk

| | | |
|---|---|---|
| ROBERT JOE McSPADDEN | § | |
|     Petitioner, | § | |
| V. | § | CIVIL ACTION No. B-94-289 |
| WAYNE SCOTT, DIRECTOR | § | |
|     T.D.C.J.- I.D. | § | |
|     Respondent | § | |

PETITIONERS RESPONSE TO RESPONDENT SCOTT'S MOTION TO

DISMISS WITH BRIEF IN SUPPORT

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW Robert Joe McSpadden, Petitioner herein, and files this his Response to Respondents Motion to Dismiss for Failure to Exhaust State Court Remedies With Brief in Support. In support thereof, the Petitioner would show the Court the following:

I

    The Petitioner is a layman at law and prays that his Response will be liberally construed by this Honorable Court.

II

    Under <u>V. Petitioners Allegations</u> at 2.b. failing to contact all of defense witnesses. The claim is contained on page 2, Ground for Relief I. at line 14.

    2.c. Failing to investigate the charges prior to trial, was contained on page 3 lines 1 through 3 and also lines 6 through 9.

156

2.d. Failed to interview all of the States witnesses, was on page 3, lines 1-3. 6-9, and also line 20.

2.g. Failing to act on McSpadden's advice concerning questions and errors in testimony. Was contained on page 3, line 9 through 11.

2.h. Giving McSpadden no advice at the alleged post trial meeting with the D.A.. Was contained on page 6, line 7 through 9.

There might be some slight difference in wording, which was done to expand the explanation to clarify the matter. But, was not intended as a different claim.

WHEREFORE, PREMISES CONSIDERED, The Petitioner respectfully submits this Response to Respondent's Motion to Dismiss for Failure to Exhaust State Remedies, and prays this Honorable Court issue an order of Denied to Respondent's Motion. Executed on this the 25 day of March, 1995.

*Robert Joe McSpadden*

Robert Joe McSpadden
Petitioner

15

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25 day of March, 1995. A true and correct copy of the foregoing Petitioners Response to Respondent's Motion to Dismiss for Failure to Exhaust State Remedies, was mailed to:

cc: Meredith Martinez
    Asst. Atty. General
    P.O.B. 12548
    Austin, Tx. 78711

*Robert Joe McSpadden* (signature)
Robert Joe McSpadden
Petitioner

158

Robert Joe McSpadden, 600096

9601 N.E. 24th Ave.

Amarillo, Tx. 79107-9606

April 3, 1995

Clerk

U.S. District Court

P.O.B. 2299

Brownsville, Tx. 78520



Dear Clerk:

Please find enclosed one original and one copy of Petitioners Motion for Evidentiary Hearing, to be filed among the papers in the above referenced case.

Please indicate the date of filing on the enclosed copy of this letter and return it to me in the preaddressed and postage paid envelope provided. By copy of this letter, I am forwarding a copy of this instrument to the Respondent

Thank you for your kind assistance in this matter.

                              Sincerely

                              Robert Joe McSpadden

                              Petitioner

159

Robert Joe McSpadden # 600096

9601 N.E. 24th Avenue

Amarillo, Tx. 79107-9606

March 25, 1995

Clerk

U.S.District Court

P.O.B. 2299

Brownsville, Tx. 78520



Re: Robert Joe McSpadden v. Wayne Scott.

Case No. B-94-289.

Dear Clerk:

Please find enclosed one original and one copy of Petitioner's Memorandum of Points and Authorities, and Petitioner's Response to Respondent's Motion to Dismiss for Failure to Exhaust State Remedies, to be filed among the papers in the above referenced cause.

Please indicate the date of filing on the enclosed copy of this letter and return it to me in the enclosed pre addressed and postage paid envelope. By copy of this letter, I am forwarding a copy of this instrument to the Respondent.

Thank you for your kind assistance in this matter.

Sincerely

Robert Joe McSpadden

Petitioner