lmv

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

AUG 23 1995

MICHAEL N. MILBY, Clerk
By Deputy Clerk *Maurine Garza*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 18 1995

Michael N. Milby, Clerk of Court

12

================================================================

| ROBERT JOE McSPADDEN | * | |
| --- | --- | --- |
| VS | * | C.A. NO. B-93-205 |
| OTIS KLAR<br>GUY ANDERSON<br>DETECTIVE MOORE | * * * | |

================================================================

| ROBERT JOE McSPADDEN | * | |
| --- | --- | --- |
| VS | * | C.A. NO. B-93-217 |
| EVARADO GARCIA<br>JOE VALLE<br>DARRELL HESTER | * * * | |

================================================================

| ROBERT JOE McSPADDEN | * | |
| --- | --- | --- |
| VS | * | C.A. NO. B-94-289 |
| WAYNE SCOTT, Director<br>  TDCJ-ID | * | |

================================================================

## ORDER TO CONSOLIDATE

The Clerk is hereby **ORDERED** to consolidate C.A. No. B-93-217 and C.A. No. B-94-289 with C.A. No. B-93-205.

DONE at Brownsville, Texas, this 18th day of July, 1995.

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By *Maurine Garza*
     Deputy Clerk

Fidencio G. Garza, Jr.
United States Magistrate Judge

141