# CHAMBERS CONFERENCE MINUTES

Fidencio G. Garza, Jr., Judge Presiding
Southern District of Texas, Brownsville Division

Law Clerk:      Paul G Hajjar

U. S. DISTRICT COURT, CLERK
SOUTHERN DISTRICT OF TEXAS
FILED: 3-12-96

Michael N. Milby, Clerk

Date       :   **March 12, 1996, 9:30 am**
===========================================================================
                     C.A. NO.   B-93-205 (FBV)
ROBERT JOE McSPADDEN                  *  Pro Se
     VS                               *
OTIS KLAR                             *  Patricia Hernandez
GUY ANDERSON                          *       "
DETECTIVE MOORE                       *  John B. Worley, AAG
..........................................................................
                     C.A. NO. B-93-217

ROBERT JOE McSPADDEN                  *  Pro Se
     VS                               *
EVARADO GARCIA                        *  John B. Worley, AAG
JOE VALLE                             *       "
DARREL HESTER                         *       "
..........................................................................
                     C.A. NO. B-94-289

ROBERT JOE McSPADDEN                  *  Pro Se
     VS                               *
WAYNE SCOTT, Director, TDCJ-ID        *  John B. Worley
---------------------------------------------------------------------------

### TELEPHONIC INITIAL PRETRIAL CONFERENCE

Telephonic conference held with ROBERT JOE McSPADDEN and attorneys Hernandez and Worley.

The previously entered Order to Consolidate (B-93-217 and B-94-289 to B-93-205) **VACATED.**

The STATE OF TEXAS shall answer Petitioner's civil rights violation asserted in B-93-217 within 30 days.

Scheduling Orders (with identical dates) shall be issued and mailed to the parties.

140