14

```
                                    U. S. DISTRICT COURT, CLERK
     UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS
      SOUTHERN DISTRICT OF TEXAS           FILED: 3-12-96
          BROWNSVILLE DIVISION
                                         Michael N. Milby, Clerk
```

........................................................

ROBERT JOE McSPADDEN                *
       VS                           *     C.A. NO. B-93-205
OTIS KLAR                           *
GUY ANDERSON                        *
DETECTIVE MOORE

........................................................

ROBERT JOE McSPADDEN                *
       VS                           *     C.A. NO. B-93-217
EVARADO GARCIA                      *
JOE VALLE                           *
DARREL HESTER                       *

........................................................

ROBERT JOE McSPADDEN                *
       VS                           *     C.A. NO. B-94-289
WAYNE SCOTT, Director, TDCJ-ID      *

........................................................

O R D E R

The previously entered Order to Consolidate is hereby **VACATED**. The State of Texas shall answer Petitioner's civil rights violation asserted in B-93-217 within 30 days. A discovery order shall be issued with identical dates for these 3 causes of action.

DONE at Brownsville, Texas, this 12th day of March, 1996.

                               _____
                                 Fidencio G. Garza, Jr.
                              United States Magistrate Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By _____
         Deputy Clerk

139