UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

,P,X50,Y0;

MAR 20 1996

MICHAEL N. MILBY, Clerk
By Deputy Clerk Maurine Garza

U. S. DISTRICT COURT, CLERK
SOUTHERN DISTRICT OF TEXAS
FILED: 3-12-96
Michael N. Milby, Clerk

ROBERT JOE McSPADDEN  \*
VS  \* C.A.NO. B-94-289
WAYNE SCOTT, Director, TDCJ-ID  \*

## ORDER

On this day came on to be considered the initial pretrial conference for the above-entitled and number case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **September 16, 1996**. If additional time is required, a motion requesting such extension must be filed no later than **August 16, 1996**. Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, in full compliance with the local rules, setting forth the following matters shall be filed no later than **November 16, 1996**:

    (a) the nature of the case;
    (b) contentions of the parties;
    (c) stipulations;
    (d) specific issues of fact, as they are submitted to the jury;
    (e) issues of law, if any;
    (f) list of all pending motions;
    (g) approximate duration of trial; and
    (h) in non-jury cases, specific proposed findings of fact and conclusions of laws.

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.

(4) A final pretrial and settlement conference is set for **December 13, 1996, 9:30 am**.

(5) Trial on the merits is set for **February, 1997**, docket call.

DONE at Brownsville, Texas, on **March 12, 1996**.

Fidencio G. Garza, Jr.
United States Magistrate Judge

137