16

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

OCT 3 1996

| | | |
|---|---|---|
| *ROBERT JOE McSPADDEN,* | § | |
| Petitioner, | § | |
| | § | |
| *v.* | § | Civil Action No. B-94-289 |
| | § | |
| *WAYNE SCOTT, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondents, | § | |

## RESPONDENT'S MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Respondent in the above entitled and numbered cause and makes this **Respondent's Motion to Substitute Counsel**. In support of this motion, Respondent shows the following:

### I.

Respondent is represented by the Office of the Attorney General of the State of Texas. Formerly, this matter was handled by Assistant Attorney General John B. Worley. Mr. Worley has transfered to another division of the Office of the Attorney General and the case has been reassigned to another member of the Habeas Corpus Division. This case has now been assigned to Jeremy T. Hartman, Assistant Attorney General. Therefore, Respondent would respectfully ask this Honorable Court to cause the name of Jeremy T. Hartman to be substituted as attorney of record for Respondent. All correspondence should be sent to the same address.

Respectfully submitted,

DAN MORALES
Attorney General of Texas

JORGE VEGA
First Assistant Attorney General

132

DREW T. DURHAM
Deputy Attorney General for
Criminal Justice

WILLIAM C. ZAPALAC
Assistant Attorney General
Chief, Habeas Corpus Division


JEREMY T. HARTMAN
Assistant Attorney General
Attorney-In-Charge
State Bar No. 00793913

P. O. Box 12548, Capitol Station
Austin, Texas   78711
(512) 936-1400
Facsimile No. (512) 936-1280

**ATTORNEYS FOR RESPONDENT**

2

133

## CERTIFICATE OF CONFERENCE

I, Jeremy T. Hartman, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is incarcerated in the Clements Unit of the Texas Department of Criminal Justice, Institutional Division, and is proceeding pro se in this cause. Respondent will assume that Petitioner will oppose this motion.

JEREMY T. HARTMAN
Assistant Attorney General

## NOTICE OF SUBMISSION

To: Robert Joe McSpadden, Petitioner, you are hereby notified that the undersigned attorney will bring the foregoing Motion before the Court as soon as the business of the Court will permit.

JEREMY T. HARTMAN
Assistant Attorney General

3

134

## CERTIFICATE OF SERVICE

I, Jeremy T. Hartman, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Respondent Johnson's Motion to Substitute Counsel** has been served by placing same in the United States Mail, postage prepaid, on this the 26th day of September, 1996, addressed to:

Robert Joe McSpadden
TDCJ-ID #600096
Clements Unit
9601 N.E. 24th Street
Amarillo, Texas 79107

JEREMY T. HARTMAN
Assistant Attorney General

4

135

CutePDF - www.tetoto.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *ROBERT JOE McSPADDEN,* | § | |
| Petitioner, | § | |
| | § | |
| *v.* | § | Civil Action No. B-94-289 |
| | § | |
| *WAYNE SCOTT, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondents, | § | |

### O R D E R

Came on this day to be considered Respondent's Motion to Substitute Counsel, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that Respondent's Motion to Substitute Counsel be, and it is hereby GRANTED.

SIGNED on this the _____ day of _____, 1996.

_____
JUDGE PRESIDING

5

*136*