UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
F I L E D
DEC 1 2 1996

Michael N. Milby, Clerk

ROBERT JOE McSPADDEN          *

    VS                        *   C.A. NO. B-94-289

WAYNE SCOTT, DIRECTOR,        *
  TEXAS DEPARTMENT OF CRIMINAL
  JUSTICE, INSTITUTIONAL DIVISION

---

ROBERT JOE McSPADDEN, TDCJ-ID #600096, Clements Unit, 9601 N.E. 24th Street, Amarillo, TX 79107

Texas Attorney General (Jeremy T. Hartman, Assistant Attorney General), P. O. Box 12548, Capitol Station, Austin, TX 78711

---

MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

---

Before this Court is Respondent's Motion to Dismiss for Failure to Exhaust State Court Remedies and Petitioner's Opposition to same. The Honorable Filemon B. Vela, District Judge, having jurisdiction over the above-styled and numbered proceeding, has directed this Court to consider the matter and file a report and recommendation herein.

Upon consideration of the issue of failure to exhaust State remedies, this Court finds that Petitioner "did in fact raise due process, ineffective assistance of counsel, and prosecutorial

2

misconduct claims in his state habeas action." (Respondent's Motion to Dismiss, p.5.) Respondent relies on the existence of some variance between Petitioner's factual allegations in the state court and federal court habeas proceedings.

This Court finds that the variance in the factual allegations are not sufficient to support a dismissal for failure to exhaust state court remedies. See Estelle v. Brown, 701 F.2d 494, 495 (5th Cir. 1983).

Accordingly, this Court respectfully recommends that Respondent's Motion to Dismiss for Failure to Exhaust State Court Remedies be **DENIED**

The Clerk shall send copies of this Report and Recommendation to the parties who have ten (10) days from receipt thereof to file written objections hereto, pursuant to General Order 80-5. Failure to file written objections within the prescribed time shall bar an aggrieved party from attacking the factual findings on appeal.

DONE at Brownsville, Texas, this **12th** day of **December, 1996.**

                                 Fidencio G. Garza, Jr.
                                 United States Magistrate Judge

115