UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
APR 07 1997

Michael N. Milby, Clerk
By Deputy:

United States District Court
Southern District of Texas
FILED
MAR 31 1997
Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROBERT JOE McSPADDEN        *

VS                          *   C.A. NO. B-94-289

WAYNE SCOTT, DIRECTOR       *
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED, and DECREED that the Respondent's Motion to Dismiss for Failure to Exhaust State Court Remedies be **DENIED**.

DONE at Brownsville, Texas, this _31st_, day of _March_, 1996.

Filemon B. Vela
United States District Judge

092