IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

24

United States District Court
Southern District of Texas
FILED

JUN 02 1997

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ROBERT JOE McSPADDEN | § | |
| Petioner | § | |
| V. | § | CIVIL ACTION No. B-94-289 |
| GARY L. JOHNSON, Director | § | |
| Respondent | § | |

### PETIONER'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO RESPONDENT'S MOTION FOR SUMMARY JUDGEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Robert Joe McSpadden, petitioner in the above captioned action, humbly moves this Honorable Court to grant this his motion for an extension of thirty days, until July 5, 1997, in which to file a response to respondent Gary Johnson's Motion for Summary Judgement. Pursuant to Federal Rules of Civil Procedure, Rule 6 (b), and for good cause, shown in support of this motion, petitioner would show unto the Court the following:

I

Petitioner received a copy of the respondent Gary Johnson's Motion for Summary Judgement on or about May 5, 1997 and due to circumstances beyond petitioner's control, therefore, seeks an enlargement of time in which to file a reply to the aforesaid motion. Petitioner has not requested any prior extension of time in regard to the present motion.

067

II

Petitioner's request is based on the facts that the petitioner is proceeding pro se and is confined in the Texas Department of Corrections and the prison's library is only required to provide petitioner with ten (10) hours of library access per week.

III

Petitioner fears that his failure to respond to the respondents Motion for Summary Judgement will result in the Court's acceptance of the uncontested Motion, as true. Petitioner has limited access to legal research material, and is awaiting an investigators report and possible statements from rebuttal witnesses to adequately prepare a motion in opposition to respondent's motion for judgement.

IV

The ends of justice would best be served in the foregoing civil matter if this Honorable Court would grant the petitioner a period of time until July 6, 1997, to file a response to respondents motion for summary judgement.

WHEREFORE PREMISES CONSIDERED, petitioner prays that the Court grant this foregoing motion in all things; and issue an order to extend the deadline for filing a reply to respondents said motion.

Respectfully Submitted

/s/ *Robert Lee McSpadden*

Robert Joe McSpadden, Pro se
600096      Clements Unit
9601 Spur 591
Amarillo, Tx. 79107-9606

068

## CERTIFICATE OF SERVICE

I, hereby certify that on this the 27th day of May, 1997, a true and correct copy of the foregoing Petitioner's Motion for Extension of Time, was mailed to:

Jeremy T. Hartman

Asst.Atty.Gen.

POB 12548 Capital Station

Austin, Tx. 78711

Robert Joe McSpadden
Petitioner

069