UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
JUL 6 1997

Michael N. Milby, Clerk
By Deputy:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
F I L E D
JUN 30 1997

Michael N. Milby, Clerk

ROBERT JOE McSPADDEN      *

VS                        *   C.A. NO. B94 289

WAYNE SCOTT, Director     *
Institutional Division
Texas Department of
Criminal Justice

O R D E R

Before this Court is Petitioner's Motion for Extension of Time in Which to File a Response to Respondent's Motion for Summary Judgment. Upon consideration, this Court is o the opinion that said Motion should be granted. The response shall be filed on or before July 30, 1997.

DONE at Brownsville, Texas, on 30th day of June, 1997.

_____
Fidencio G. Garza, Jr.
United States Magistrate Judge

066