28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 15 1998

Michael N. Milby
Clerk of Court

ROBERT JOE McSPADDEN §
    Petitioner, §
§
VS. § Civil Action No. B-94-289
§
WAYNE SCOTT, DIRECTOR, §
TDCJ-ID §
    Respondent, §

NOTICE OF INTENT TO APPEAL

I

JURISDICTION

This case was filed on 24 October 1994, under 28 U.S.C.§ 2254 writ for Habeas Corpus relief. An Order of Dismissal was issued by Judge Filemon Vela on 27 May 1998.

II

GROUNDS FOR APPEAL

1. Petitioner is entitled to relief from the Court of Appeals because the District Court abused its discretion by dismissing the Petitioner's claim.

2. That as of 16 April 1998, Judge Hilda G. Tagle had been assigned the case, not Judge Vela.

3. The District Court dismissed the Petitioner's claim based on his waiver of appeal.

4. The Petitioner's claim was based on several violations of his guaranteed Constitutional Rights, the foremost of which was the illegally and unConstitutionally obtained waiver of the right to a direct appeal.

5. The Petitioner contends that he was already tried and convicted of the Indictments used to plea bargain and is therefore entitled to the Relief claimed under 28 U.S.C § 2254.

WHEREFORE PREMISES CONSIDERED, Petitioner prays the honorable Court take notice of his Intent to Appeal and order the records of the Civil Action be produced and sent to the higher Court for Apellate Review.

Executed on this the 8 th day of June, 1998

Respectfully Submitted

/s/ Robert Joe McSpadden
Robert Joe McSpadden-Pro se
600096    Clements
9601 Spur 591
Amarillo, Tx. 79107-9606


CERTIFICATE OF SERVICE

I, hereby certify that on this 8 th day of June, 1998, that a true and correct copy of Petitioner's Notice of Intent to Appeal was mailed to:

Mr. Charles R. Fulbruge, III
Clerk, U.S. Court of Appeals, Fifth Circuit
Rm. 102, 600 Camp St.
New Orleans, La. 70130

and

Jeremy T. Hartman
Asst. Attorney General
P.O.B. 12548, Capitol Station
Austin, Texas 78711

009