Case 1:94-cv-00289 Document 29 Filed in TXSD on 11/13/1998 Page 1 of 1

29

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROBERT JOE McSPADDEN

VS. NO. CA.B-94-289
CT.APPEAL 98-40767

GARY JOHNSON, WARDEN

## CERTIFICATE AS TO PROBABLE CAUSE

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby finds that:

**Part A**

- [ ] there is probable cause for an appeal.
- [x] a certificate of probable cause should not issue. (reasons below)

**Part B**
(for non-CJA pauper cases only)

- [x] the party appealing is entitled to proceed in forma pauperis.
- [ ] the party appealing is not entitled to proceed in forma pauperis. (reasons below)

REASONS FOR DENIAL:

See attached Order of Dismissal

Date: 11/13/98

United States District Judge

005

PRIS-8

ClibPDF - www.fastio.com