```
                UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                      BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

DEC 0 4 1998

Michael N. Milby
Clerk of Court

ROBERT JOE McSPADDEN §
    Petitioner §
  §
V § No. CA. B-94-289
  § CT.APPEAL 98-40767
GARY JOHNSON §
    Director §

Petioner's Answer to Court's Refusal of
Certificate of Probable Cause

COMES NOW, Robert Joe McSpadden, petitioner in above cause, and would show the Honorable Court the following:

On 4-14-98 Judge Hilda Tagle was appointed as judge in this cause, and on 5-27-98 Judge Filemon Vela issued an Order of Dismissal, citing petitioner's plea bargain not to appeal as the reason for dismissal. And on 11-13-98 again, Judge Vela issued a refusal of Probable Cause to appeal this decision to 5th Circuit. Is Judge Tagle or Judge Vela the judge of record in this cause?

Petitioner will ask the Court to refer to the exhibits submitted and filed on 7-10-97 with Petitioner's Answer to Respondents Motion for Summary Judgement. Petitioner will show by these exhibits that the plea bargain Judge Vela cites as the reason for dismissal, was illegal, unconstitutional, and tantamount to double jeopardy. The exhibits will show that petitioner had already been tried for all the indictments charged and the was illegally coerced into a plea bargain that used two (2) of the indictments to not appeal. This was accomplished by an

ineffective and incompetent attorney and unscrupulous assistant district attorney. They were both aware that petitioner had already effectively been tried for those two (2) indictments.

Exhibit 1 is a letter from Robert Banks, trial attorney, dated 6-22-92 it contains most of the evidence that proves petitioner's case. Exhibits 4, 5 and 6 are the original indictments, petitioner will show that all three (3) indictments were testified to in the original trial for exhibit 4, which is for 91-CR-887-C.

Exhibit 1, pg. seven, para.# 10, Sherry Corkill testifies to numerous attacks from June 1988 through November 1990, that would encompass both indictments, ex. 4 and 5 91-CR-887-C and 888-C. However, ex. 10, para. 3, lines 2 & 3 she says only during 1990. In ex. 11, Asst. D.A. Valle used 91-CR-888-C as partial basis for the illegal plea bargain, again knowing that it had already been tried in the first trial. Sherry also testified that penetration was painful, and on numerous occasions, however, ex. 10, para. 4 & 5 the doctors exam shows no damage, scars or tearing., this shows no evidence of the alleged numerous attacks.

Exhibit 1, pg. seven, para. # 11, Carrie Carmona testifies that petitioner fondled her breast, that is contained in ex. 6, the indictment 91-CR-889-C, thereby trying petitioner for that indictment during the first trial, 91-CR-887-C, but, Valle again used this to coerce petitoner to not appeal, see ex. 12.

To further show evidence of attorney Banks', ineffective and incompetent assistance of counsel, ex. 1, pg. three, para. # 2

-2-
002

Banks states that Aston and Callier, two requested witnesses had refused to testify, <u>ex. 7</u> shows that according to attorney Hall that was an outright lie. <u>Exhibit 1, pg. three, para. # 3</u> Banks states that he couldn't locate Jay Garner, <u>ex. 8</u> shows that as late as Jan. 1992 Mr. Garner was still at the listed address, which shows attorney Banks not only lies but, because of his ineptitude is ineffective and incompetent and therefore the petitioner was denied a fair trial. Further proof is <u>ex. 1 pg. eight and nine, para. # 12</u> Melanie McSpadden testifies to an unadjudicated and unproven alleged rape by petitioner, later recanted, but, again, Banks was unable to obtain Jane Wright as a rebuttal witness.

WHEREFORE PREMISES CONSIDERED, Petitioner prays this Honorable Court to reconsider the mentioned exhibits and recognize the extent of wrongdoing, illegal and unconstitutional actions taken during and after the trial and grant the petitioner RELIEF SOUGHT.

Executed this 30 th day of November, 1998

*Robert Joe McSpadden*
Robert Joe McSpadden
600096        Clements
Petitioner    Pro se

-3-

003

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 1998, a true and correct copy of Petitioner's Answer to Court's Refusal of Certificate of Probable Cause. was mailed to:

Jeremy T. Hartman
Asst.Atty.Gen.
P.O.B. 12548
Austin, Tx. 78711

Charles R. Fulbruge III
Clerk, U.S. Court of appeals
5th Circuit
600 Camp St.
New Orleans, La. 70130

*Robert Joe McSpadden*
Robert Joe McSpadden
Petitioner    Pro se

004