# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 98-40767
Summary Calendar

D.C. Docket No. B-94-CV-289

U.S. COURT OF APPEALS
**FILED**
JUL 23 1999
CHARLES R. FULBRUGE II
CLERK

ROBERT JOE MCSPADDEN

  Petitioner - Appellant

v.

GARY L JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION

  Respondent - Appellee

United States District Court
Southern District of Texas
**FILED**
AUG 17 1999
Michael N. Milby
Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before BENAVIDES, STEWART, and PARKER, Circuit Judges.

### JUDGMENT

This cause came on to be heard on the record on appeal and was taken under submission on the briefs on file.

ON CONSIDERATION WHEREOF, it is now here ordered and adjudged by this Court that the judgment of the District Court in this cause is vacated, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

ISSUED AS MANDATE: AUG 16 1999

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana