UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 31 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROBERT JOE McSPADDEN § | |
| Petitioner § | |
| § | |
| v. § | Cause No. B-94-289 |
| § | |
| Gary L. JOHNSON § | |
| Respondent § | |

Petitioner's Motion for Evidentiary Hearing,
Appointment of Counsel and Reaffirmation of
Judge ~~Hilda Tagle~~ as Judge of Record.

COMES NOW, Robert Joe McSpadden, Petitioner in above named cause and humbly moves this Honorable Court to grant this his Motion for Evidentiary Hearing, Appointment of Counsel and Reaffirmation of Judge Hilda Tagle as Judge of record in this cause.

I

This cause was filed on October 24, 1994, petitioner filed for evidentiary hearing on April 11, 1995, Order-de novo review respondent's Motion for Dismissal-Denied March 31, 1997, Judge Hilda Tagle appointed Judge of record on April 14, 1998, Judge Vela issued Order of Dismissal May 27, 1998, Petitioner filed Appeal to 5th Circuit Court of Appeals (98-40767) June 30, 1998 and Judge Vela's ruling was Vacated and Remanded on July 23, 1999.

Petitioner humbly requests that Judge Hilda Tagle be reaffirmed as the Judge of record in this cause, that he be granted an Evidentiary Hearing at the earliest possible date and appointment of a Federal Public Defender to assist the petitioner in this hearing. Judge Tagle had previously ordered these measures in a virtually identical cause (B-93-217) January 20, 1999.

WHEREFORE PREMISES CONSIDERED, petitioner prays that the Honorable Court grant this foregoing Motion in all things and issue appropriate guidelines and orders.

Executed this 23rd day of August, 1999

                                                Respectfully Submitted

                                            */s/ Robert Joe McSpadden*
                                            Robert Joe McSpadden
                                            Petitioner    Pro se

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of August, 1999, a true and correct copy of the foregoing Petitioner's Motion for Evidentiary Hearing, Appointment of Counsel and Reaffirmation of Judge Hilda Tagle as Judge of Record, was mailed to:

Marci D. Motes
Asst. Atty. Gen.
P.O.B. 12548
Austin, Tx. 78711

*Robert Joe McSpadden*
Robert Joe McSpadden
Petitioner     Pro se