34

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| Recusal Order | CASE NUMBER   CA NO. B-94-289 |
|---|---|

STYLE   ROBERT JOE McSPADDEN VS. GARY L. JOHNSON

United States District Court
Southern District of Texas
ENTERED

JAN 2 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

Order   I stand recused in this case.
Deadlines in scheduling orders continue in effect.
Court settings are vacated.

Signed:

_____
United States District Judge

Date: January 21, 2000

| REASSIGNMENT | This case is reassigned to: |
|---|---|

# Hilda G. Tagle

MICHAEL N. MILBY
United States District Clerk

By: _____

Deputy Clerk