35

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED

JAN 2 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

Robert Joe McSpadden

versus

Gary L. Johnson

§
§
§
§
§
§
§
§

Civil Action B-94-289

### Specific Referral to Magistrate Judge

This application for a writ of habeas corpus is referred to Magistrate Judge Felix Recio for a report and recommendation.

Signed January 24th, ~~1999~~ 2000, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

orefcs.
MAG flag