36

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

ROBERT JOE McSPADDEN          *

    VS                        *   C.A. NO. B94-289

GARY L. JOHNSON, Director     *
Texas Department of Criminal
Justice, Institutional Division

## O R D E R

Came on to be considered Petitioner's Motion for Evidentiary Hearing, Appointment of Counsel, and Reaffirmation of Judge Tagle as Judge of Record and the Court, having considered said Motion, finds that it should be granted.

**IT IS SO ORDERED.**

An evidentiary hearing is hereby set for April 4, 2000, at 9:00 a.m. The Clerk shall issue a writ of ad testificandum for the Petitioner's presence at said hearing.

The Public Defender is hereby appointed to represent the Petitioner.

This cause of action has been reassigned to the Honorable Hilda G. Tagle, United States District Judge.

DONE at Brownsville, Texas, on 7th day of February 2000.

Felix Recio
United States Magistrate Judge