ROBERT JOE McSPADDEN
BILL CLEMENTS
600096
9601 SPUR 591
AMARILLO, TX 79107

United States District Court
Southern District of Texas
RECEIVED
FEB 2 8 2000
Michael N. Milby, Clerk of Court

United States Courts
Southern District of Texas
FILED
FEB 1 6 2000 CS
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
FILED
FEB 2 8 2000
Michael N. Milby
Clerk of Court

37

12 FEBRUARY 2000

CLERK
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
P.O. BOX 61010
HOUSTON, TX. 77208

IN RE: CASE 1:94-CV-00289

Dear Clerk:

Would you please change my address from 9601 N.E. 24TH AVE. to 9601 SPUR 591. The only change being the street address, which has been redesignated.

Thank you
Robert Joe McSpadden