IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROBERT JOE McSPADDEN,
Petitioner,

v.

GARY L. JOHNSON,
Executive Director,
Texas Department of Criminal Justice,
Institutional Division,
Respondent.

C.A. No. B-94-289
(Mag. Judge Recio)

## PETITIONER'S UNOPPOSED MOTION FOR A CONTINUANCE OF EVIDENTIARY HEARING

Petitioner, Robert Joe McSpadden, through appointed counsel, the Federal Public Defender for the Southern District of Texas, moves this Court for a continuance of the evidentiary hearing currently scheduled for May. In support of this motion, petitioner would show the following:

1. On February 24, 2000, this Court appointed the Federal Public Defender to represent Mr. McSpadden. The case was then assigned to undersigned counsel, Assistant Federal Public Defender Brent Newton, who works in the Houston office of the Federal Public Defender. The evidentiary hearing is scheduled for April 4, 2000, at 9:00 a.m.

2. Petitioner moves this Court for a continuance of at least one month for two reasons. First, undersigned counsel is scheduled to appear in a jury trial in front of District Judge Sim Lake in United States v. Riascos, H-00-80, in Houston, beginning at 1:00 p.m. on April 3, 2000. That trial will not be over by the scheduled hearing in this case. Second, as the file in this case reveals, the factual and legal issues are complex and will likely require a great deal of research and investigation by undersigned counsel. In addition, Mr. McSpadden, the petitioner, is incarcerated in a state prison in Amarillo, which will require a day's travel for undersigned counsel to visit

him. Thus, more time is needed to prepare for the hearing. If this Court grants this motion, counsel requests that this Court's case manager confer with him about a new hearing date so that scheduling conflicts can be avoided.

3. Undersigned counsel has conferred with counsel for Respondent, Assistant Texas Attorney General Carolyn Merchan. She does not oppose this motion.

Respectfully submitted,

ROLAND E. DAHLIN II
Federal Public Defender
Southern District of Texas
Texas State Bar No. 05314000

By_____
BRENT E. NEWTON
Texas State Bar No. 00788115
Asst. Federal Public Defender
Attorneys for Petitioner
Post Office Box 61508
Houston, TX 77208-1508
    Telephone: (713) 718-4600

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March 2000, I have served a copy of this pleading by first-class U.S. mail addressed to counsel for Respondent: Carolyn Merchan, Assistant Attorney General, P.O. Box 12548, Austin, Texas 78711.

_____
Brent E. Newton
Assistant Federal Public Defender