39

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROBERT JOE McSPADDEN | * | |
| | * | |
| VS | * | C.A. NO. B-94-289 |
| | * | |
| GARY L. JOHNSON, DIRECTOR | * | |
| Texas Department of | * | |
| Criminal Justice, | * | |
| Institutional Division | * | |

## ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR A CONTINUANCE OF EVIDENTIARY HEARING

Came on to be considered Petitioner's Unopposed Motion for a Continuance of the Evidentiary Hearing scheduled for April 4, 2000, and the Court, having considered said Motion, finds that said motion should be granted.

**IT IS SO ORDERED**. The evidentiary hearing is hereby rescheduled to **May 24, 2000, at 9:00 a.m.**

The Writ of Habeas Corpus Ad Testificandum issued on February 4, 2000, is hereby **WITHDRAWN**. The Clerk shall issue another writ of habeas corpus ad testificandum for the Petitioner's appearance on the May 24, 2000 hearing.

DONE at Brownsville, Texas, on 8th day of March 2000.

Felix Recio
United States Magistrate Judge