IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROBERT JOE McSPADDEN,
Petitioner,

v.

C.A. No. B-94-289
(Mag. Judge Recio)

GARY L. JOHNSON,
Respondent.

## PETITIONER'S SECOND UNOPPOSED MOTION FOR A CONTINUANCE

Petitioner, Robert Joe McSpadden, through appointed counsel, the Federal Public Defender for the Southern District of Texas, moves this Court for a continuance of the evidentiary hearing currently scheduled for May 24, 2000. This week undersigned counsel's wife was diagnosed with Lymphoma, a cancer of the body's immune system. The next few weeks will involve a barrage of doctor appointments, further medical tests, and the start of chemotherapy and other cancer treatments. Counsel requests a continuance of at least six weeks to permit him to balance his personal and professional responsibilities. Undersigned counsel has conferred with counsel for Respondent, Assistant Texas Attorney General Carolyn Merchan. She does not oppose this motion.

Respectfully submitted,

ROLAND E. DAHLIN II
Federal Public Defender
Southern District of Texas

By _____
BRENT E. NEWTON
Texas State Bar No. 00788115
Asst. Federal Public Defender
Attorneys for Petitioner
Post Office Box 61508
Houston, TX 77208-1508
    Telephone: (713) 718-4600

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May 2000, I have served a copy of this pleading by first-class U.S. mail addressed to counsel for Respondent: Carolyn Merchan, Assistant Attorney General, P.O. Box 12548, Austin, Texas 78711.

_____
Brent E. Newton
Assistant Federal Public Defender