41

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court
Southern District of Texas
ENTERED

MAY 1 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk**

ROBERT JOE McSPADDEN,
Petitioner,

v.                                                            C.A. No. B-94-289

GARY L. JOHNSON,
Executive Director,
Texas Department of Criminal Justice,
Institutional Division,
Respondent.

### ORDER

Petitioner's second unopposed motion for a continuance is granted. The evidentiary hearing is rescheduled to occur on ___August 14, 2000___, 2000, at _9:00_ a.m.

Signed on this _11th_ day of ___May___, 2000.

_____
Felix Recio
UNITED STATES MAGISTRATE JUDGE