42

United States District Court
Southern District of Texas
FILED

AUG 0 2 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| *ROBERT JOE McSPADDEN,* <br> Petitioner, <br><br> *v.* <br><br> *GARY L. JOHNSON, DIRECTOR,* <br> *TEXAS DEPARTMENT OF CRIMINAL* <br> *JUSTICE, INSTITUTIONAL DIVISION,* <br> Respondents. | §<br>§<br>§<br>§<br>§    CIVIL ACTION NO. B-94-289<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**RESPONDENT JOHNSON'S MOTION TO SUBSTITUTE COUNSEL
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Respondent Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, hereinafter "the Director," by and through his attorney, the Attorney General of Texas, and files this his Motion to Substitute Counsel with Brief in Support. In support thereof, the Director would respectfully show the court the following:

**I.**

**MOTION TO SUBSTITUTE COUNSEL**

It has become necessary for this cause to be reassigned. The former attorney of record, Meredith Ann Martinez, has terminated her employment with the Habeas Corpus Division of the Texas Attorney General's Office and, therefore, can no longer continue his representation of the Director. Consequently, this cause has been reassigned to the undersigned attorney.

For the foregoing reasons, the Director respectfully requests that his Motion to Substitute Counsel be granted.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
For Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

*Attorney in Charge

CAROLYN MERCHAN*
Assistant Attorney General
State Bar No. 90001364
Southern I.D. No. 24118

P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 936-1400
Fax No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## NOTICE OF SUBMISSION

To: Ed Stapelton, Counsel for Petitioner, you are hereby notified that the undersigned attorney will bring the foregoing motion before the court as soon as the business of the court will permit.

CAROLYN MERCHAN
Assistant Attorney General

2

## CERTIFICATE OF CONFERENCE

I, Carolyn Merchan , Assistant Attorney General of Texas, do hereby certify that on August 1st, the undersigned counsel conferred with counsel for the Petitioner, Assistant Federal Public Defender, Ed. Stapelton, and that he did not oppose this motion.

CAROLYN MERCHAN
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Carolyn Merchan, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's Motion To Substitute Counsel with Brief In Support has been served by placing same in the United States Mail, postage prepaid, on this the 1st day of August, 2000, addressed to:

Ed Stapleton
Assistance Federal Public Defender
Southern District of Texas
U.S. Federal Building and Courthouse
600 E. Harrison St.
Brownsville, Texas 78520-7114

CAROLYN MERCHAN
Assistant Attorney General

3