

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 2 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROBERT JOE McSPADDEN, | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-94-289 |
| | § | |
| GARY L. JOHNSON, DIRECTOR | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT JOHNSON'S MOTION FOR CONTINUANCE
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Respondent Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, hereinafter "the Director," by and through his attorney, the Attorney General of Texas, and files this his Motion for Continuance With Brief in Support. In support thereof, the Director would respectfully show the court the following:

**I.**

This is a habeas corpus case filed by a state prisoner, Robert Joe McSpadden, ("McSpadden") pursuant to 28 U.S.C. §2254. On February 9, 2000, this court issued an order setting an evidentiary hearing for April 4, 2000 at 9:00 a.m. The court did not specify which issues would be addressed at the hearings. On March 3, 2000, counsel for the petitioner requested a continuance. On March 9, 2000, this court granted petitioner's unopposed motion for a continuance, and rescheduled the evidentiary hearing for May 24, 2000 at 9:00 a.m. On May 11, 2000, counsel for the petitioner requested a second continuance. On May 11, this court granted the second unopposed motion and rescheduled the hearing for August 14, 2000 at 9:00 a.m.

The Respondent moves this Court for a continuance until at least September 18, 2000 for several reasons. First, one of the Respondent's witnesses, Mr. Joe Valle, the prosecutor

of the case at the trial court level, will not be able to attend the hearing because he has a trial scheduled in Edna, Texas on that day. Second, the need for the length of the request is because the undersigned counsel will be out of the office from August 21, through August 23 and has a brief due at the Fifth Circuit Court of Appeals due on August 19, 2000, in the matter of *Shabazz v. Johnson*, Civil Action No. 99-10609. Also, the undersigned's co-counsel, Karyl Krug, has another evidentiary hearing scheduled for August 25, in Galveston, Texas, and is uncertain when she will be finished in with that matter. Additionally, when conferring with Ed Stapelton, the newly assigned attorney to the case, he expressed concern that he might not be able to attend a hearing scheduled for September 11, because he will be attending a conference the proceeding weekend. Lastly, the Respondent requires additional time because the undersigned counsel has been conferring with the Cameron County District Clerk's Office regarding certified copies of McSpadden's trial records, which at the present time have not been located. Accordingly, the Director would greatly appreciate a continuance until at least September 18, 2000. As mentioned *supra*, the undersigned attorney has contacted Ed Stapelton, and he does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests that his Motion for a Continuance be granted and that the hearing be rescheduled on September 18, 2000.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
For Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

*Attorney in Charge

CAROLYN MERCHAN*
Assistant Attorney General
State Bar No. 90001364
Southern I.D. No. 24118

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
Fax No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## NOTICE OF SUBMISSION

To: Ed Stapelton, Counsel for Petitioner, you are hereby notified that the undersigned attorney will bring the foregoing motion before the court as soon as the business of the court will permit.

CAROLYN MERCHAN
Assistant Attorney General

## CERTIFICATE OF CONFERENCE

I, Carolyn Merchan, Assistant Attorney General of Texas, do hereby certify that on August 1st, the undersigned counsel conferred with counsel for the Petitioner, Assistant Federal Public Defender, Ed. Stapelton, and that he did not oppose this motion.

CAROLYN MERCHAN
Assistant Attorney General

3

## CERTIFICATE OF SERVICE

I, Carolyn Merchan, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's Motion For Continuance with Brief In Support has been served by placing same in the United States Mail, postage prepaid, on this the 1st day of August, 2000, addressed to:

Ed Stapleton
Assistance Federal Public Defender
Southern District of Texas
U.S. Federal Building and Courthouse
600 E. Harrison St.
Brownsville, Texas 78520-7114

CAROLYN MERCHAN
Assistant Attorney General

4