44

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 04 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROBERT JOE McSPADDEN, § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. B-94-289 |
| GARY JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondents. § | |

## ORDER

1. Respondent Johnson's Motion to Substitute Counsel is hereby GRANTED. Meredith Ann Martinez is withdrawn and Carolyn Merchan is substituted as Attorney in Charge for Respondent.

2. Respondent Johnson's Motion for Continuance is hereby GRANTED. The evidentiary hearing is rescheduled for September 11, 2000, at 9:00 a.m.

3. Counsel for both parties are hereby ORDERED to appear before the court on August 14, 2000 at 9:00 a.m., at which time the court will conduct a fact-finding hearing in order to narrow the issues for the evidentiary hearing.

4. The Writ of Habeas Corpus Ad Testificandum for Petitioner's appearance on August 14, 2000 is hereby WITHDRAWN, and a Writ of Habeas Corpus Ad Testificandum shall be issued for his appearance on September 11, 2000.

DONE in Brownsville, Texas this 3rd day of August, 2000.

Félix Recio
United States Magistrate Judge