45

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 8 2000

Michael N. Milby
Clerk of Court

ROBERT JOE McSPADDEN,
Petitioner.

V.                                            CIVIL ACTION NO. B-94-289

GARY JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION,
Respondents.

## MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ROBERT JOE McSPADDEN, Petitioner, in the above entitled and numbered cause, and moves this Court to allow the substitution of Edward A. Stapleton III, as counsel in place of Brent E. Newton, Assistant Federal Public Defender in the Houston Division and in support of same would show the Court as follows:

That the Houston Federal Public Defender's Office was appointed by the Court to represent the petitioner, ROBERT JOE McSPADDEN, consequently, this cause has been reassigned to the undersigned attorney in the Brownsville Division and will be representing him in all future matters.

WHEREFORE, the defendant prays that this Court permit the substitution of counsel as requested above in this cause.

Respectfully submitted,

*[signature]*

EDWARD A. STAPLETON III
Assistant Federal Public Defender
Attorney-in-Charge
Texas State Bar No. 19058400
Southern District of Texas No. 1501
P.O. Box 2163
Brownsville, Texas 78522-2163
  Telephone: (956) 548-2573
  Fax:       (956) 548-2674

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to Substitute Counsel of Petitioner, ROBERT JOE McSPADDEN, was on this 8th day of August, 2000, hand delivered to the U.S. Attorney's Office, 600 E. Harrison Street, #201, Brownsville, Texas.

*[signature]*

EDWARD A. STAPLETON III
Assistant Federal Public Defender