46

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

ROBERT JOE McSPADDEN,
Petitioner.

V.   CIVIL ACTION NO. B-94-289

GARY JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION,
Respondents.

ORDER

The foregoing Motion to Substitute Counsel having been presented and after considering the same the Court is of the opinion that same should be granted:

IT IS THEREFORE ORDERED that Edward A. Stapleton III, is hereby substituted to represent ROBERT JOE McSPADDEN in place of Brent E. Newton, Assistant Federal Public Defender of the Houston Division.

SIGNED this 11th day of August, 2000, at Brownsville, Texas.

_____
JUDGE PRESIDING