```
                                                    United States District Court
                                                    Southern District of Texas
                                                              FILED

              MINUTES                                    AUG 14 2000

                                                    Michael N. Milby, Clerk of Court
```

HONORABLE <u>Felix Recio</u> MAGISTRATE JUDGE PRESIDING

LAW CLERK: JESSICA DART

DATE: <u>August 14, 2000 at 9:00 a.m.</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil No. <u>B94-289 (HGT)</u>

ROBERT JOE MCSPADDEN                         E STAPLETON, AFPD

vs

GARY L JOHNSON, DIRECTOR ET AL               CAROLYN MERCHEN
                                             KARYL KRUG

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CHAMBER MINUTES

Ed Stapleton present for the plaintiff;
Carolyn Merchen and Karyl Krug present for the defendant;

Purpose of the hearing is to determine the issues for the Evidentiary hearing;

Issues in question: The effectiveness of counsl in the original
                    Case;
  - The availability of the witnesses;
  - Medical testimony;
  - Actual innocense of the defendant;
  - Stipulation of parties as to the destruction
    Of Records by the Court Reporter;
  - No records;

Court voices the concern of the lack of records and the ability to provide full review for the defendant;
The Court will draft a letter/order of the issues that will be taken up at the evidentiary hearing;

All parties are excused.