48

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 8 2000

Michael N. Milby
Clerk of Court

ROBERT JOE McSPADDEN

V.                                                         CIVIL ACTION NO. B-94-289

WAYNE SCOTT, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE INSTITUTIONAL DIVISION

### MOTION FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The defendant respectfully moves the Court to order the issuance of a WRIT OF HABEAS CORPUS AD TESTIFICANDUM without expense to him for the attendance of ROBERT JOE McSPADDEN, who is now confined at the Amarillo State Prison, Clements Unit, TDC #600096, 9601 Spur 591, Amarillo, Texas 79107, instanter in Brownsville, Texas, and there to remain from day to day subject to the further order of the Court for the purpose of preparing for hearing in the above styled and numbered cause.

In support of this motion, the defendant represents that (1) he is financially unable to pay the cost and fees of the witness, his financial condition at the present being the same as it was when the Court found him eligible for appointed counsel, and (2) the presence of this witness is necessary to an adequate defense.

Respectfully submitted,

ROLAND E. DAHLIN II
Federal Public Defender
Southern District of Texas
Texas State Bar Number 05314000

By *[signature]*
EDWARD A. STAPLETON III
Asst. Federal Public Defender
Attorney-In-Charge
Texas State Bar Number 19058400
Southern District of Texas No. 1501
Post Office Box 2163
Brownsville, Tx. 78522-2163
Tel: (956)548-2573