4c

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

ROBERT JOE McSPADDEN

V.     CIVIL ACTION NO. B-94-289

WAYNE SCOTT, DIRECTOR
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE INSTITUTIONAL DIVISION

ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The defendant, ROBERT JOE McSPADDEN, having applied ex-parte for the issuance of WRIT OF HABEAS CORPUS AD TESTIFICANDUM without expense to him and having made satisfactory showing that he is financially unable to pay the fees of the witness and that the witness' presence is necessary to a full hearing of this case in that he is a material witness for the defense.

IT IS ORDERED that WRIT OF HABEAS CORPUS AD TESTIFICANDUM, to ROBERT JOE McSPADDEN, requiring his attendance instanter in Brownsville, Texas, be approved, that the Marshal's Office produce said witness and the cost incurred by the process and fees of the mentioned witness shall be paid in the same manner in which similar costs and fees are paid in case of witnesses on behalf of the Government.

DONE AND ORDERED at Brownsville, Texas, this the 21st day of August, 2000.

_____
JUDGE PRESIDING