50

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROBERT JOE McSPADDEN, Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-94-289 |
| GARY JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, Respondents. | § § § § | |

## ORDER

1. In the interest of all parties, The Evidentiary Hearing, originally scheduled for September 11, 2000, at 9:00 a.m., is hereby CANCELED.

2. The Writ of Habeas Corpus Ad Testificandum issued on August 03, 2000 for Petitioner's appearance on September 11, 2000, is hereby WITHDRAWN.

3. The Writ of Habeas Corpus Ad Testificandum issued on August 21, 2000 for Petitioner's instanter attendance is hereby WITHDRAWN.

DONE in Brownsville, Texas this 31 day of August, 2000.

Felix Recio
United States Magistrate Judge