51

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 0 9 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROBERT JOE McSPADDEN § | |
| § | |
| v. § | CIVIL ACTION NO. B-94-289 |
| § | |
| GARY JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION. § | |

## ORDER

Having located Petitioner McSpadden's formerly misplaced state criminal trial transcripts, Petitioner is hereby ORDERED to provide this Court with a comprehensive brief which explains his current Writ of Habeas Corpus claims. To the extent possible, this Court ORDERS Petitioner to reference specific page numbers in the trial court records to support his claims. Specifically, this Court ORDERS Petitioner to list briefly, those facts which support:

1. Petitioner's claim that he was denied due process of law in his state court proceedings,
2. Petitioner's claim of prosecutorial misconduct,
3. Petitioner's claim that there was no physical evidence to support his conviction,
4. Petitioner's double jeopardy claim, and
5. Petitioner's claim that he was denied effective assistance of counsel.

As Petitioner is no longer proceeding pro se, Petitioner is also ORDERED to provide this Court with the legal authority necessary to show that his factual allegations do in fact support claims that are cognizable under 28 U.S.C. § 2254. Petitioner has until January 30, 2001 to respond.

Additionally, the above-referenced Respondents are hereby ORDERED to respond to Petitioner's updated brief within 30 days of receiving his brief.

DONE in Brownsville, Texas this 8th day of November 2000.

Felix Recio
United States Magistrate Judge