53

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 7 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROBERT JOE McSPADDEN, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-94-289 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT JOHNSON'S FIRST MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Respondent Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, hereinafter ("the Director") by and through his attorney, the Attorney General of Texas, and files this Respondent Johnson's First Motion for Extension of Time With Brief in Support.

**MOTION FOR EXTENSION OF TIME**

This is a habeas corpus case brought by a Texas state prisoner, Robert Joe McSpadden, hereinafter ("McSpadden"), under 28 U.S.C. §§ 2241, 2254. The Director was ordered to respond to Petitioner's brief on or before March 4, 2001.

The undersigned counsel was recently assigned this case, which was formerly assigned to Carolyn Merchan, who recently left the Office of the Attorney General. The undersigned counsel has nineteen pleadings due in the remaining working days in March. She must also prepare for a two-day evidentiary hearing on April 8-9, which will essentially be the retrial of the punishment phase of an aggravated sexual assault of a child case. Additionally, this division is understaffed, and will continue to be so for the foreseeable future. Five lawyers have resigned in the last four months; a sixth resigned but was prevailed upon to return half-time.

Two new lawyers started today, but the lawyers who remain continue to be overwhelmed. We are also short on support staff and cannot get things like routine filing done. The undersigned counsel requests an additional sixty days in which to draft a responsive pleading in this case.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests that this court grant his motion for extension of time.

>Respectfully submitted,
>
>JOHN CORNYN
>Attorney General of Texas
>
>ANDY TAYLOR
>First Assistant Attorney General
>
>MICHAEL T. McCAUL
>Deputy Attorney General for
>Criminal Justice
>
>ROSS RAYBURN
>Assistant Attorney General
>Chief, Habeas Corpus Division
>
>_____
>KARYL KRUG*
>Assistant Attorney General
>State Bar No. 00786033
>S.D. Bar No. 23781
>
>P. O. Box 12548, Capitol Station
>Austin, Texas   78711
>(512) 475-3724
>Facsimile No. (512) 936-1280
>
>ATTORNEYS FOR RESPONDENT

*Attorney in Charge

2

## CERTIFICATE OF CONFERENCE

I, Karyl Krug, Assistant Attorney General of Texas, do hereby certify I attempted to contact opposing counsel Edward Stapleton regarding this motion. However, I waited rather late to contact Mr. Stapleton, who was at the jail when I called. So I am filing this motion without knowing whether Mr. Stapleton does or does not oppose this motion.

*[signature]*
KARYL KRUG
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Karyl Krug, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's Motion for Extension of Time has been served by placing same in the United States Mail, postage prepaid, on this the 5th day of March, 2001, addressed to counsel for Robert Joe McSpadden:

Edward A. Stapleton III
Federal Public Defender's Office
Southern District of Texas
600 E. Harrison Street, #102
Brownsville, Texas 78520

*[signature]*
KARYL KRUG
Assistant Attorney General

3