54

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 9 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROBERT JOE McSPADDEN, § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. B-94-289 |
| § | |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE, § | |
| INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

ORDER

Came on this day to be considered Respondent's Motion for Extension of Time, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is ORDERED, ADJUDGED and DECREED that Respondent's Motion for Extension of Time is hereby GRANTED, and Respondent shall have until May 3, 2001, to file his response.

SIGNED on March 8, 2001.

_____
JUDGE PRESIDING