56

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 28 2001

Michael N. Milby
Clerk of Court

ROBERT JOE MCSPADDEN

V.                                                   CA. NO. B-94-289

GARY JOHNSON, DIRECTOR

## ADVISORY TO THE COURT OF POSSIBLE CONFLICT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Jeffery L. Wilde, Assistant Federal Public Defender and hereby files the following advisory to the Court concerning a possible conflict in the continued representation of Petitioner ROBERT JOE McSPADDEN as follows:

### I.
### BACKGROUND

ROBERT McSPADDEN filed a civil action in Federal District court in Houston. The matter was construed as an Application or Petition for the issuance of a Writ of Habeas Corpus challenging Mr. McSpadden's conviction of aggravated sexual assault in a State District Court in Cameron County, Texas. The Federal Public Defender for the Southern District of Texas was appointed, and this matter was initially handled out of the Houston office.

### II.

The District Federal Court -Houston transferred the case to the Brownsville Division. Mr. McSpadden's file was likewise transferred to the Brownsville Office of the Federal Public Defender and was assigned to Assistant Federal Public Defender, Edward Stapleton, III.

III.

Mr. Stapleton filed, pursuant to Court Order, a Brief in Support of Writ of Habeas Corpus which is still pending before this Court. However, Mr. Stapleton has left this office.

IV.

The file was reassigned to Assistant Federal Public Defender, Jeffery L. Wilde.

V.
ADVISORY

In speaking with other Assistant Federal Public Defender's the following has been determined:

Assistant Federal Public Defender, Sandra Zamora Zayas was an Assistant District Attorney with the Cameron County District Attorney's Office at the time Mr. McSpadden was charged, tried and convicted.

Assistant Federal Public Defender Paul Hajjar was a law clerk for the United States Magistrate's Office during the time the Courts of this Division took up, considered and ruled on various matters in this case.

WHEREFORE PREMISES CONSIDERED, the Federal Public Defender prays for a determination as to whether these facts present a conflict which would preclude this office from continuing to represent ROBERT JOE McSPADDEN.

>Respectfully submitted,
>ROLAND E. DAHLIN II
>Federal Public Defender
>Southern District of Texas
>Texas State Bar Number 05314000
>Southern District of Texas No. 3198

By: _____
>JEFFREY L. WILDE
>Assistant Federal Public Defender
>Attorney in Charge
>Texas State Bar Number 21458400
>Southern District of Texas No. 8976
>600 E. Harrison Street, #102
>Brownsville, TX 78520
>Tel. (956) 548-2573
>Fax. (956) 548-2674

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of November, 2001, a copy of the foregoing Advisory to the Court of Possible Conflict was mailed via certified mail return receipt requested no. Z 347 382 606 to Karyl Krug, Assistant United States Attorney's General Office, P.O. Box 12548, Austin, Texas 78711-2548.

_____
JEFFREY L. WILDE
Assistant Federal Public Defender