58

United States District Court
Southern District of Texas
FILED

FEB 1 4 2002

Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERT JOE McSPADDEN | * | |
| | * | |
| VS | * | C.A. NO. B-94-289 |
| | * | |
| GARY L. JOHNSON, DIRECTOR | * | |
| TEXAS DEPARTMENT OF CRIMINAL | * | |
| JUSTICE, INSTITUTIONAL DIVISION | | |

United States District Court
Southern District of Texas
ENTERED

FEB 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

The Respondent is hereby ORDERED to produce to the Court, by March 1, 2002, the transcripts of the voir dire, trial and sentencing proceedings held in the state district court.

An evidentiary hearing is set for March 25, 2002, at 9:00 a.m., before this Court. The Clerk shall issue a writ ad testificandum for the Petitioner's presence at said hearing.

DONE at Brownsville, Texas, this 14th day of February 2002.

_____
Felix Recio
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROBERTO JOE McSPADDEN            *
  (TDCJ No. 600096)
       VS                        *   C.A. NO. B94-289

GARY L. JOHNSON, DIRECTOR        *
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION


### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   Warden, Texas Department of Criminal Justice, Bill Clements Unit, Amarillo, TX

      United States Marshal, Southern District of Texas, or any other authorized United States Marshal

GREETING:

We command that you have the body of ROBERTO JOE McSPADDEN, now duly committed to the custody of the Warden, TDCJ, Bill Clements Unit, Amarillo, Texas, under safe and secure conduct before the United States District Court for the Southern District of Texas, Brownsville Division, at Brownsville, Texas, on March 19, 2002, to consult with his counsel, and on March 25, 2002, at 9:00 a.m., there and at that time to testify in the above-styled and numbered cause of action, and after having so testified and been duly discharged by the Court, to return the said ROBERTO JOE McSPADDEN, to the custody of the Warden, TDCJ, Bill Clements Unit, Amarillo, Texas, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable Felix Recio, United States Magistrate Judge, United States District Court for the Southern District of Texas, and the seal of the said Court at Brownsville, Texas, this 14th day of February 2002.

                               Michael L. Milby, CLERK
                               United States District Court
                               Southern District of Texas

                         BY: _L. M. Villareal_____
                                             (Deputy)