AO 187 (Rev. 4/82) — **EXHIBIT AND WITNESS LIST** — MAR 25 2002 — 60

| Field | Value |
|---|---|
| | Robert Joe McSpadden vs. Gary L Johnson, Director.... |
| PLAINTIFF'S ATTORNEY | Rene de Coss |
| DEFENDANT'S ATTORNEY | Karyl Krug |
| DISTRICT COURT | (Michael N. Milby, Clerk of Court) |
| DOCKET NUMBER | B-94-289 |
| TRIAL DATE(S) | Evidentiary Hearing |
| PRESIDING JUDGE | Magistrate Felix Recio |
| COURT REPORTER | |
| COURTROOM DEPUTY | Sally Garcia |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 3-25-02 | | | (Plaintiff's) 1st witness – Robert Joe McSpadden |
| | | " | | | Def's 1st witness – Robert J Banks |
| | | " | | | Def's 2nd witness – Janie Corkhill |
| ✓ | | " | #1 | ✓ | Pf's Exhibit #1: Case law Strickland |
| ✓ | | " | #2 | ✓ | " " #2: Taiwan Shrimp Farm... |
| ✓ | | " | #3 | ✓ | " " #3: Summerlin |
| ✓ | | " | #4 | ✓ | " " #4: Beard vs Beard |
| ✓ | | " | #5 | ✓ | " " #5: Lancaster vs Bush |
| ✓ | | " | #6 | ✓ | " " #6: McCarter vs State TX |
| ✓ | | " | #7 | ✓ | " " #7: De la Rosa vs State TX |
| ✓ | | " | #8 | ✓ | " " #8: In Re: Tommy Nash |
| ✓ | | " | #9 | ✓ | " " #9: Randel vs State |
| ✓ | | " | #10 | ✓ | " " #10: Randel vs Beto |
| ✓ | | " | #11 | ✓ | " " #11: Order of Assignment |
| | ✓ | " | #2 | ✓ | Def's exhibit #2: Gov't Code - assignment |
| | ✓ | " | #3 | ✓ | " " #3: Gov't Code - 74.094 |
| | ✓ | " | #4 | ✓ | " " #4: Gov't code - 25.0003 |
| | ✓ | " | #5 | ✓ | " " #5: Gov't code - 25.0032 |
| | ✓ | " | #6 | ✓ | " " #6: Gov't code - 74.121 |
| | ✓ | " | #7 | ✓ | " " #7: Lavernia vs Lynaugh |
| | ✓ | " | #8 | ✓ | " " #8: Johnson vs State TX |
| | ✓ | " | #10 | ✓ | " " #10: letter |
| | ✓ | " | #11 | ✓ | " " #11: Letter to Mr Banks |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187 (Rev. 4/82)                    **EXHIBIT AND WITNESS LIST**

|  | VS. |  | DISTRICT COURT |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY | DOCKET NUMBER | MAR 25 2002 |
|  |  | TRIAL DATE(S) | Michael N. Milby, Clerk of Court |
| PRESIDING JUDGE | COURT REPORTER | COURTROOM DEPUTY | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ | 3/25/02 | #12 | ✓ | Deft's exhibit #12: Letter to Mr Banks |
|  | ✓ | " | #13 | ✓ | " " #13: Letter to Mr Banks |
|  | ✓ | " | #14 | ✓ | " " #14: Letter to Glen Barnard |
|  | ✓ | " | #15 | ✓ | " " #15: Letter |
|  | ✓ | " | #16 | ✓ | " " #16: Letter to Mr Banks |
|  | ✓ | " | #17 | ✓ | " " #17: Letter dated 1-14-92 |
|  | ✓ | " | #18 | ✓ | " " #18: Letter to Mr Banks 12-3-91 |
|  | ✓ | " | #19 | ✓ | copy of Deft's mtn in Limine number one |
|  | ✓ | " | #20 | ✓ | " mtn for Production & Inspection of evidence which may lead to exculpatory evidence |
|  | ✓ | " | #21 | ✓ | Deft's requested Charge of the Court to be submitted to the Jury |
|  | ✓ | " | #22 | ✓ | Deft's mtn for Instructed Verdict |
|  | ✓ | " | #23 | " | Deft's Jury Election |
|  | ✓ | " | #24 | " | Deft's Application for Felony Probation from the Jury |
|  | ✓ | " | #25 | ✓ | Deft's plea of Former Conviction in Bar |
|  | ✓ | " | #26 | ✓ | Deft's trial mtn #1 |
|  | ✓ | " | #27 | ✓ | places where dft (McSpadden) opened the door to extraneous offenses |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of 2 Pages