**ORIGINAL**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 8 2002

Michael N. Milby
Clerk of Court

ROBERT JOE McSPADDEN

VS.                              C.A. NO. B94-289 (HGT)

GARY L. JOHNSON, DIRECTOR
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION

---

EVIDENTIARY HEARING

MARCH 25, 2002

---

On the 25th day of March, 2002, the following proceedings came on to be heard in the above-entitled and numbered cause in the United States Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas, before the Honorable Felix Recio, United States Magistrate Judge.

Proceedings reported by machine shorthand.

- - -