IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT - 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROBERT JOE McSPADDEN | § | |
| Petitioner | § | |
| VS. | § | |
| | § | |
| GARY JOHNSON, DIRECTOR, | § | CIVIL ACTION NO. B-94-289 |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondents | § | |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ROBERT JOE McSPADDEN, Petitioner in the above entitled and numbered cause, and files this NOTICE OF APPEAL to the 5th Circuit Court of Appeals of The United States of America from the Order signed by United States District Judge Hilda Tagle on September 29, 2003 denying Petitioner's writ of habeas corpus and granting state's motion for summary judgment.

Respectfully submitted,

RENE E. DE COSS, SBN:00795315
Federal ID #: 20563
1718 Boca Chica Blvd.
Brownsville, Texas 78520
Phone: (956) 550-8330
Fax: (956) 982-1909

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEAL has been served on this the 9th day of October, by U.S. regular mail on the following:

Hon. Karyl Krug
A. A. G.
Deputy Chief, Habeas Corpus Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

RENE E. DE COSS